Cletus Rielly, a minor, by Martha Rielly, his mother and next friend, appellant, v. Fannie Hamilton, appellee. Gen. No. 9,027.

Opinion filed April 13, 1936.
B. J. Knight and J. E. Goembel, for appellant; Perley T. Lupton, of counsel. Frank E. Maynard, for appellee.
Mr. Presiding Justice Huffman delivered the opinion of the court.